UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JIM and BECKY McGAFFIN et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CEMENTOS ARGOS S.A., et al., ) <br> ) <br> Defendants. ) | Case No. CV416-104 |

## ORDER

The Court having reviewed and considered the petition of Raymond L. Moss of the law firm of Moss & Gilmore LLP, 3630 Peachtree Road, N.E., Suite 1025, Atlanta, Georgia 30326, for permission to appear pro hac vice on behalf of plaintiffs Jim and Becky McGaffin et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Raymond L. Moss as counsel of record for plaintiffs Jim and Becky McGaffin et al., in this case.

**SO ORDERED** this __18th__ day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA