UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JIM and BECKY McGAFFIN et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. CV416-104 |
| ) | |
| CEMENTOS ARGOS S.A., et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The Court having reviewed and considered the petition of Angela M. Spivey of the law firm of McGuire Woods LLP, 1230 Peachtree Street, N.E., Promenade, Suite 2100, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of defendants Cementos Argos S.A. et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Angela M. Spivey as counsel of record for defendants Cementos Argos S.A. et al., in this case.

**SO ORDERED** this __21st__ day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA