UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JIM and BECKY McGAFFIN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C416-104 |
| CEMENTOS ARGOS S.A., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs' unopposed motion to substitute exhibits (doc. 75) is **GRANTED**. The Clerk is **DIRECTED** to substitute the copies of the exhibits concurrently submitted by counsel under conditional seal until resolution of the pending motion to seal (doc. 73).

**SO ORDERED,** this __1st__ day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA