# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| BECKY McGAFFIN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV416-104 |
| | ) | |
| CEMENTOS ARGOS, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Defendants' unopposed, consolidated motion to seal (doc. 156) is **GRANTED**. The Clerk is **DIRECTED** to keep under seal or partial seal, as stipulated, the exhibits listed in Appendix I.[1] The Clerk is also **DIRECTED** to immediately unseal the exhibits listed in Appendix II. Per the parties' stipulation, and having received the parties' consolidated motion opposing sealing (doc. 158, which remains pending before the

---

[1] These exhibits are to be kept under seal or under partial seal through the end of the case. The parties, as advised in the District Judge's Order, may request earlier unsealing after the motion for class certification is resolved or permanent sealing, if necessary. *See* doc. 147 at 7-8.

undersigned), the Clerk is finally **DIRECTED** to terminate docs. 67, 73, 81, 83, 85, 122, 123, 124, 129, and 130 as **MOOT**.

**SO ORDERED,** this __16th__ day of January, 2019.

>  _____
> UNITED STATES MAGISTRATE JUDGE
> SOUTHERN DISTRICT OF GEORGIA

| APPENDIX I | | |
|---|---|---|
| **SUBSTANTIVE BRIEF** | **EXHIBIT NUMBER** | **FULL/ PARTIAL?** |
| Mot. for Class Cert. (Doc. 66) | Exhibit 0 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 4 | Partial |
| Mot. for Class Cert. (Doc. 66) | Exhibit 6 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 7 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 8 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 10 | Partial |
| Mot. for Class Cert. (Doc. 66) | Exhibit 16 | Partial |
| Mot. for Class Cert. (Doc. 66) | Exhibit 23 | Partial |
| Mot. for Class Cert. (Doc. 66) | Exhibit 24 | Partial |
| Mot. for Class Cert. (Doc. 66) | Exhibit 38 | Partial |
| Mot. for Class Cert. (Doc. 66) | Exhibit 42 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 52 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 59 | Partial |
| Mot. for Class Cert. (Doc. 66) | Exhibit 60 | Partial |
| Mot. for Class Cert. (Doc. 66) | Exhibit 63 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 124 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 132 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 184 | Partial |
| Mot. for Class Cert. (Doc. 66) | Exhibit 206 | Partial |
| Mot. for Class Cert. (Doc. 66) | Exhibit 215 | Full |

| | | |
|---|---|---|
| Mot. for Class Cert. (Doc. 66) | Exhibit 222 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 226 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 261 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 263 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 286 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 303 | Partial |
| Mot. for Class Cert. (Doc. 66) | Exhibit 331 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 332 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 333 | Partial |
| Mot. for Class Cert. (Doc. 66) | Exhibit 334 | Partial |
| Mot. for Class Cert. (Doc. 66) | Exhibit 342 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 452 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 458 | Partial |
| Mot. for Class Cert. (Doc. 66) | Exhibit 474 | Full |
| Mot. for Class Cert. (Doc. 66) | Exhibit 475 | Partial |
| Mot. for Class Cert. (Doc. 66) | Exhibit 478 | Full |
| Opp'n to Class Cert. (Doc. 82) | Exhibit 4 | Full |
| Opp'n to Class Cert. (Doc. 82) | Exhibit 6 | Partial |
| Opp'n to Class Cert. (Doc. 82) | Exhibit 9 | Partial |
| Opp'n to Class Cert. (Doc. 82) | Exhibit 10 | Partial |
| Opp'n to Class Cert. (Doc. 82) | Exhibit 17 | Full |
| Reply in Supp. of Wolfe *Daubert* (Doc. 119) | Exhibit 8 | Partial |
| Reply in Supp. of Class Cert. (Doc. 107) | Exhibit 166 | Full |

| | | |
|---|---|---|
| Reply in Supp. of Class Cert. (Doc. 107) | Exhibit 248 | Partial |
| Reply in Supp. of Class Cert. (Doc. 107) | Exhibit 258 | Partial |
| Reply in Supp. of Class Cert. (Doc. 107) | Exhibit 270 | Partial |
| Reply in Supp. of Class Cert. (Doc. 107) | Exhibit 521 | Full |
| Reply in Supp. of Class Cert. (Doc. 107) | Exhibit 524 | Partial |
| Reply in Supp. of Class Cert. (Doc. 107) | Exhibit 532 | Partial |
| Reply in Supp. of Class Cert. (Doc. 107) | Exhibit 536 | Partial |
| Reply in Supp. of Class Cert. (Doc. 107) | Exhibit 539 | Partial |
| Reply in Supp. of Class Cert. (Doc. 107) | Exhibit 545 | Partial |
| Reply in Supp. of Class Cert. (Doc. 107) | Exhibit 546 | Partial |
| Opp'n to Wolfe *Daubert* (Doc. 109) | Exhibit 6 | Full |
| Opp'n to Wolfe *Daubert* (Doc. 109) | Exhibit 562 | Partial |
| Opp'n to Wolfe *Daubert* (Doc. 109) | Exhibit 564 | Partial |

| APPENDIX II | |
|---|---|
| **SUBSTANTIVE BRIEF** | **EXHIBIT NUMBER** |
| Mot. for Class Cert. (Doc. 66) | Exhibit 12 |
| Mot. for Class Cert. (Doc. 66) | Exhibit 15 |
| Mot. for Class Cert. (Doc. 66) | Exhibit 20 |
| Mot. for Class Cert. (Doc. 66) | Exhibit 37 |
| Mot. for Class Cert. (Doc. 66) | Exhibit 61 |
| Mot. for Class Cert. (Doc. 66) | Exhibit 71 |
| Mot. for Class Cert. (Doc. 66) | Exhibit 153 |
| Mot. for Class Cert. (Doc. 66) | Exhibit 191 |
| Mot. for Class Cert. (Doc. 66) | Exhibit 194 |
| Mot. for Class Cert. (Doc. 66) | Exhibit 246 |
| Mot. for Class Cert. (Doc. 66) | Exhibit 335 |
| Mot. for Class Cert. (Doc. 66) | Exhibit 460 |
| Mot. for Class Cert. (Doc. 66) | Exhibit 471 |
| Reply in Supp. of Class Cert. (Doc. 107) | Exhibit 530 |
| Reply in Supp. of Class Cert. (Doc. 107) | Exhibit 541 |
| Opp'n to Chung *Daubert* (Doc. 106) | Exhibit 552 |
| Opp'n to Wolfe *Daubert* (Doc. 109) | Exhibit 558 |