**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| BECKY MCGAFFIN, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 4:16-cv-104 |
| v. | |
| CEMENTOS ARGOS S.A., et al., | |
| Defendants. | |

**O R D E R**

The parties in this case have advised the Court of their intent to participate in a mediation during the month of February 2019. To facilitate this process, the Court hereby **STAYS** this case and all deadlines **UNTIL FURTHER ORDER OF THE COURT**. This stay does not affect any deadlines related to the sealing issues in this case. The Court **ORDERS** the parties to provide a joint status report to the Court within fourteen (14) days of the conclusion of the parties' mediation.

**SO ORDERED**, this 5th day of February, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA