IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BECKY MCGAFFIN; JIM MCGAFFIN; NATHAN LAVOIE; DANIEL NUNN; STEFANIE NUNN; and RACHALE LAVOIE, <br><br> Plaintiffs, <br><br> v. <br><br> CEMENTOS ARGOS, S.A.; ARGOS USA CORP.; ARGOS CEMENT, LLC; and ARGOS READY MIX LLC, <br><br> Defendants. | CIVIL ACTION NO.: 4:16-cv-104 |

**O R D E R**

This matter is before the Court on the Argos Defendants' Consolidated Opposed Motion to Seal. (Doc. 158.) After careful consideration and for good cause shown, the Court **GRANTS** the Argos Defendants' Motion.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court shall maintain the Exhibits described in the attached Appendix 1 as notated UNDER SEAL or UNDER PARTIAL SEAL until further Order of the Court. Additionally, the Clerk of Court shall maintain the Briefs described in the attached Appendix II UNDER PARTIAL SEAL until further Order of the Court.

**SO ORDERED**, this 11th day of September, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA