IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JIM and BECKY McGAFFIN, RACHALE and NATHAN LaVOIE; and DANIEL and STEFANIE NUNN, <br><br> Plaintiffs, <br><br> v. <br><br> CEMENTOS ARGOS S.A.; ARGOS USA CORP; ARGOS CEMENT, LLC; and ARGOS READY MIX LLC, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 4:16-cv-00104-RSB-JEG |

**CONSENT ORDER GRANTING PARTIES'**
**JOINT MOTION TO STAY PENDING SETTLEMENT NEGOTIATIONS**

This matter is before the Court on the Parties' *Joint Motion to Stay Pending Settlement Negotiations*. After due consideration, and with the consent of all Parties' and class members' counsel, the Motion is hereby **GRANTED**. This matter and all proceedings shall be stayed for 30 days pending the outcome of the Parties' scheduled settlement negotiations. At the conclusion of this 30-day period, the Parties shall within 7 days report to the Court on any progress made and whether the stay should be extended or lifted.

**SO ORDERED** this 9th day of October, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA