# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| BECKY MCGAFFIN; JIM MCGAFFIN; NATHAN LAVOIE; DANIEL NUNN; STEFANIE NUNN; and RACHALE LAVOIE, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:16-cv-104 |
| v. | |
| CEMENTOS ARGOS, S.A.; ARGOS USA CORP.; ARGOS CEMENT, LLC; and ARGOS READY MIX LLC, | |
| Defendants. | |

## O R D E R

This matter is before the Court on the parties' Joint Motion to Continue Stay. (Doc. 187.) After due consideration, and with the consent of all parties' and class members' counsel, the Motion is hereby **GRANTED**. This matter and all proceedings shall be stayed up to and including December 20, 2019. The parties report to the Court on any progress made and whether the stay should be extended or lifted no later than December 29, 2019.

**SO ORDERED**, this 25th day of November, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA