# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| BECKY MCGAFFIN; JIM MCGAFFIN; NATHAN LAVOIE; DANIEL NUNN; STEFANIE NUNN; and RACHALE LAVOIE,<br><br>    Plaintiffs,<br><br>    v.<br><br>CEMENTOS ARGOS, S.A.; ARGOS USA CORP.; ARGOS CEMENT, LLC; and ARGOS READY MIX LLC,<br><br>    Defendants. | CIVIL ACTION NO.: 4:16-cv-104 |

## O R D E R

This matter is before the Court on the parties' Second Joint Motion to Continue Stay. (Doc. 189.) After due consideration, and with the consent of all parties' and class members' counsel, the Court **GRANTS** the parties' Motion. Therefore, this matter and all proceedings and deadlines shall remain stayed until further Order of the Court.

The Court hereby **ORDERS** that the parties contact this Court's Courtroom Deputy Clerk prior to January 17, 2020, to schedule a telephonic status conference with the parties to discuss the settlement approval process.

**SO ORDERED**, this 23rd day of December, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA