## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

BECKY MCGAFFIN; JIM MCGAFFIN;
NATHAN LAVOIE; DANIEL NUNN; and
STEFANIE NUNN,

        Plaintiffs,

     v.

ARGOS USA, LLC,

        Defendant.

CIVIL ACTION NO.: 4:16-cv-104

## ORDER REGARDING FINAL FAIRNESS HEARING
## BY VIDEO TELECONFERENCE

The Court continues to monitor the constantly evolving situation with the COVID-19 (coronavirus) pandemic. The Court extends its wishes to everyone for good health and safety. Recognizing but notwithstanding the limitations imposed by the current pandemic, the Court seeks to proceed with the scheduled Final Fairness Hearing. In light of the latest guidance received from health officials, the Court has determined that it will not schedule an in-person proceeding to conduct the Final Fairness Hearing. Instead, the Final Fairness Hearing will be held by video and teleconference on June 25, 2020 at 1:30 p.m. No persons, including class members, objectors, members of the public, the appointed Class Representatives, Class Counsel, and Defendant's counsel, will be permitted to attend in person. There will be a court reporter in attendance at the conference and a transcript will be made of the conference. All Class Members will be mailed a postcard, attached as Exhibit 1, via U.S. Mail as soon as practicable advising them of the change from an in-person hearing to a video and teleconference hearing. Class Counsel, any objectors,

and Defendant's counsel will appear by video, and Class Members and members of the public may attend by teleconference.

Class Members are not required to attend the hearing.  Any objecting Class Member who desires to be heard, either personally or through separate counsel, must timely comply with the provisions at ¶ 21 in the Notice of Proposed Class Action Settlement, and must contact the Clerk of Court at 912-650-4081 for instructions to be heard at the hearing.

For public access to this hearing, callers may dial 888-684-8852, enter the call access code: 9717475, and then the hearing security code: 1234.

**SO ORDERED**, this 3rd day of June, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA